IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

JOHNNY B. THOMAS, Administrator of                                                    PLAINTIFF
the Estate of Shirley Taylor Thomas, Deceased

V.                                                                    CAUSE NO. 3:20-CV-074-MPM-RP

TALLAHATCHIE COUNTY, MISSISSIPPI, et al.                                              DEFENDANTS

### ORDER SUBSTITUTING PARTY

This matter is before the court on its unopposed, *sua sponte* determination that Johnny B. Thomas, Administrator of the Estate of Shirley Taylor Thomas, Deceased, should be substituted for the plaintiff estate, which under Mississippi law has the capacity to sue in the name of the administrator. Therefore, Johnny B. Thomas, Administrator of the Estate of Shirley Taylor Thomas, Deceased, is substituted as the plaintiff in place of Estate of Shirley Taylor Thomas. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated plaintiff, and the parties are directed to observe this change in future filings.

**SO ORDERED,** this the 30th day of June, 2020.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE